# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT - PENNSYLVANIA DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Calandra D. Obie aka Calandra Danielle Obie aka Calandra Obie<br>Terrance W. Obie aka Terrance Ward Obie aka Terrance Obie fdba Obie One Home Services<br>Debtor(s) | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION, its successors and/or assigns<br>Movant<br>vs. | NO. 15-03521 JJT |
| Calandra D. Obie aka Calandra Danielle Obie aka Calandra Obie<br>Terrance W. Obie aka Terrance Ward Obie aka Terrance Obie fdba Obie One Home Services<br>Debtor(s) | 11 U.S.C. Section 362 |
| Charles J. DeHart, III<br>Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Proof of Claim (Claim #7) of Rushmore Loan Management Services, which was filed with the Court on or about **11/06/2018**.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594

November 9, 2018