United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Terrance W. Obie  
Calandra D. Obie  
    Debtors

Case No. 15-03521-RNO  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 | Date Rcvd: May 26, 2020 |
| | Form ID: 3180W | Total Noticed: 27 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2020.

```
db/jdb         +Terrance W. Obie,    Calandra D. Obie,    808 Knoll Drive,    East Stroudsburg, PA 18302-7902
aty             Christine Kinderdine,    3232 Newmark Drive,    Springboro, OH 45066
4689030        +3232 Newmark Drive,    Miamisburg, OH 45342-5421
4684374       ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: ACURA FINANCIAL SERVICES,    POI BOX 65507,
                 WILMINGTON, DE 19808-0507)
4684381        COMPUTER CREDIT INC,    PO BOX 5238,    WINSTON SALEM, NC 27113-5238
4684382       +DAVID APOTHAKER ESQ,    APOTHAKER & ASSOC PC,    2417 WELSH RD STE 21 #520,
                 PHILADELPHIA, PA 19114-2209
4684384       +FREDERIC WEINBERG ESQ,    GORDON & WEINBERG,    21 SOUTH 21ST STREET,
                 PHILADELPHIA, PA 19103-3148
4684386       +PNC BANK NA,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5421
4712504       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
4684388        POCONO MED CTR,    PO BOX 822009,    PHILADELPHIA, PA 19182-2009
4684389        POWELL ROGERS & SPEAKS,    PO BOX 61107,    HARRISBURG, PA 17106-1107
4684390       +PRUDENTIAL INSURANCE CO OF AMERICA,    751 BROAD STREET,    18TH FLOOR,    NEWARK, NJ 07102-3754
5128162       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
4684391       +ST LUKE'S,    801 OSTRUM STREET,    BETHLEHEM, PA 18015-1000
4684392        UDREN LAW OFFICES PC,    WOODCREST CORP CENTER,    111 WOODCREST RD STE 200,
                 CHERRY HILL, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4692080         EDI: HNDA.COM May 26 2020 23:38:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088,    866-716-6441
4684376         EDI: ACCE.COM May 26 2020 23:38:00      ASSET ACCEPTANCE LLC,    PO BOX 2036,
                 WARREN, MI 48090-2036
4714859         EDI: AIS.COM May 26 2020 23:38:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
4706945         E-mail/PDF: resurgentbknotifications@resurgent.com May 26 2020 19:50:48
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                 Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4684377        +EDI: BANKAMER2.COM May 26 2020 23:38:00      BANK OF AMERICA,    150 N COLLEGE STMC NC1-028-22-01,
                 CHARLOTTE, NC 28255-0001
4684378        +E-mail/Text: EBN_Greensburg@Receivemorermp.com May 26 2020 19:38:57
                 BERKS CREDIT & COLLECTIONS,    900 CORPORATE DRIVE,    READING, PA 19605-3340
4684379        +EDI: CAPITALONE.COM May 26 2020 23:38:00      CAPITAL ONE BANK,    PO BOX 30281,
                 SALT LAKE CITY, UT 84130-0281
4684383         EDI: DISCOVER.COM May 26 2020 23:38:00      DISCOVER FINANCIAL SERVICES,    PO BOX 15316,
                 WILMINGTON, DE 19850
4686037         EDI: DISCOVER.COM May 26 2020 23:38:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
4684385        +EDI: TSYS2.COM May 26 2020 23:38:00      MACYS,    PO BOX 8218,    MASON, OH 45040-8218
4684387        +E-mail/Text: bankruptcydepartment@tsico.com May 26 2020 19:38:54
                 POCONO HEALTHCARE MANAGEMENT,    C/O TRANSWORLD SYSTEMS INC,    507 PRUDENTIAL RD,
                 HORSHAM, PA 19044-2308
4684393        +EDI: VERIZONCOMB.COM May 26 2020 23:38:00      VERIZON WIRELESS,    PO BOX 26055,
                 MINNEAPOLIS, MN 55426-0055
                                                                                              TOTAL: 12
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4684375*      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: AMERICAN HONDA FINANCE CORP,    201 LITTLE FALLS DR,
                 WILMINGTON, DE 19808)
4684380      ##+CENTRAL FINANCIAL CONTROL,    PO  BOX 66044,    ANAHEIM, CA 92816-6044
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2020 at the address(es) listed below:

```
            Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
            Elizabeth L Wassall    on behalf of Creditor    PNC Bank, National Association ewassall@udren.com,
             bankruptcy@udren.com
            J. Zac Christman    on behalf of Debtor 1 Terrance W. Obie zac@fisherchristman.com,
             office@fisherchristman.com
            J. Zac Christman    on behalf of Debtor 2 Calandra D. Obie zac@fisherchristman.com,
             office@fisherchristman.com
            James   Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
            James   Warmbrodt    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
            Kevin   Buttery    on behalf of Creditor    PNC Bank, N.A. kbuttery@rascrane.com
            Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
            Morris Anthony Scott    on behalf of Creditor    PNC Bank, National Association pabk@logs.com
            Morris Anthony Scott    on behalf of Creditor    PNC Bank, N.A. pabk@logs.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
            Vincent   Rubino    on behalf of Debtor 2 Calandra D. Obie
             lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
             anwilliams.com;swiggins@newmanwilliams.com
            Vincent   Rubino    on behalf of Debtor 1 Terrance W. Obie
             lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
             anwilliams.com;swiggins@newmanwilliams.com
                                                                                            TOTAL: 13
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Terrance W. Obie<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–3600<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Calandra D. Obie<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7112<br>EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:  5:15–bk–03521–RNO | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Terrance W. Obie
aka Terrance Ward Obie, aka Terrance Obie, fdba Obie One Home Services

Calandra D. Obie
aka Calandra Danielle Obie, aka Calandra Obie

**By the court:**  *Robt N. Opel II*

5/26/20

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**