```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                      Case No. 15-03521-RNO
Terrance W. Obie                                            Chapter 13
Calandra D. Obie
         Debtors                **CERTIFICATE OF NOTICE**

District/off: 0314-5       User: AutoDocke        Page 1 of 1         Date Rcvd: Aug 18, 2020
                           Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2020.
db/jdb         +Terrance W. Obie,   Calandra D. Obie,   808 Knoll Drive,   East Stroudsburg, PA 18302-7902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Elizabeth L Wassall    on behalf of Creditor    PNC Bank, National Association ewassall@udren.com,
               bankruptcy@udren.com
              J. Zac Christman    on behalf of Debtor 2 Calandra D. Obie zac@fisherchristman.com,
               office@fisherchristman.com
              J. Zac Christman    on behalf of Debtor 1 Terrance W. Obie zac@fisherchristman.com,
               office@fisherchristman.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
              Kevin Buttery    on behalf of Creditor    PNC Bank, N.A. kbuttery@rascrane.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Morris Anthony Scott    on behalf of Creditor    PNC Bank, National Association pabk@logs.com
              Morris Anthony Scott    on behalf of Creditor    PNC Bank, N.A. pabk@logs.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 Terrance W. Obie
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
              Vincent Rubino    on behalf of Debtor 2 Calandra D. Obie
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
                                                                                              TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Terrance W. Obie,<br>aka Terrance Ward Obie, aka Terrance Obie, fdba Obie One Home Services,<br>**Debtor 1** | Chapter 13<br><br>Case No. 5:15−bk−03521−RNO |
| Calandra D. Obie,<br>aka Calandra Danielle Obie, aka Calandra Obie,<br>**Debtor 2** | |

Social Security No.:
  xxx−xx−3600     xxx−xx−7112

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: August 18, 2020

By the Court,

*[signature]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

fnldec (05/18)